IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
DEC 1 0 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

OLUWASEUN OGUNBAMBO

Criminal Action No.
1:19-MJ-1063

## Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, moves for detention of Defendant Oluwaseun Ogunbambo under 18 U.S.C. §§ 3142(e) and (f).

### 1. Eligibility of Case

This case is eligible for a detention order because it involves a serious risk that Ogunbambo will flee.

### 2. Reason for Detention

The Court should detain Ogunbambo because there are no conditions of release that will reasonably assure his appearance as required and the safety of the community.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of three days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: December 10, 2019.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

Respectfully submitted,

BYUNG J. PAK
United States Attorney

SAMIR KAUSHAL
Assistant United States Attorney
Ga. Bar No. 935285

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Millie Dunn

December 10, 2019

_____
SAMIR KAUSHAL
Assistant United States Attorney